IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**HARTFORD CASUALTY
INSURANCE COMPANY**

      **Plaintiff,**

  **v.**                                     Civil Action No. 1:18-cv-01575

**INVESTIGATIVE
CONSULTANTS, INC., et al.**

      **Defendants.**

_____/

## MOTION TO DISMISS

Defendants Investigative Consultants, Inc., Investigative Consultants, Inc. of Washington, DC, and Donald Berlin (together the "Defendants"), by and through their undersigned counsel, hereby withdraw the claims that form the basis of Plaintiff's Declaratory Judgment action. Accordingly, since there is no longer a case in controversy, Defendants respectfully request that this Honorable Court DISMISS this case.

                                                              Respectfully submitted,

                                                              */s/ Cameron McBride*
                                                              Cameron McBride
                                                              **OSTER MCBRIDE PLLC**
                                                              1320 19th St., N.W., Suite 601
                                                              Washington, D.C. 20036
                                                              Office: 202.596.5291
                                                              Fax: 202.747.5862
                                                              cmcbride@ostermcbride.com

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion to Dismiss and Proposed Order was filed using the Court's CM/ECF system and thereby served on counsel to the Plaintiff listed below:

George Reede
Jessica Pak
**Niles, Barton, & Wilmer, LLP**
111 South Calvert St., Suite 1400
Baltimore, MD 21202
Phone: (410) 783-6300
Fax:(410) 783-6363
gereede@nilesbarton.com
jepak@nilesbarton.com

Lee H. Ogburn
William J. Harrington
**KRAMON & GRAHAM , P.A.**
One South Street, Suite 2600
Baltimore, Maryland 21202
Phone: (410) 752-6030
Fax: (410) 361-8211
logburn@kg-law.com
wharrington@kg-law.com

April 8, 2019                                    **/s/ Cameron McBride**
                                                 Cameron McBride