# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

**HARTFORD CASUALTY**
**INSURANCE COMPANY**

      **Plaintiff,**

   **v.**                                     Civil Action No. 1:18-cv-01575

**INVESTIGATIVE**
**CONSULTANTS, INC., et al.**

      **Defendants.**

_____/

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Hartford Casualty Insurance Company and Defendants Investigative Consultants, Inc., Investigative Consultants, Inc. of Washington, DC, and Donald Berlin (together the "Defendants") that the above-captioned action, as set forth in plaintiffs' complaint (Docket No. 1), is voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

*/s/ Jessica Etta Pak*
Jessica Etta Pak
**NILES BARTON & WILMER LLP**
111 S. Calvert St, Suite 1400
Baltimore, MD 21202
410-783-6300
Fax: 410-783-6363
Email: jepak@nilesbarton.com

Dated:

*/s/ Cameron McBride*
Cameron McBride
**OSTER MCBRIDE PLLC**
1320 19th St., N.W., Suite 601
Washington, D.C. 20036
Office: 202.596.5291
Fax: 202.747.5862
cmcbride@ostermcbride.com

Lee H. Ogburn
William J. Harrington
**KRAMON & GRAHAM , P.A.**
One South Street, Suite 2600
Baltimore, Maryland 21202
Phone: (410) 752-6030
Fax: (410) 361-8211
logburn@kg-law.com
wharrington@kg-law.com

## CERTIFICATE OF SERVICE

I certify that the foregoing Motion to Dismiss and Proposed Order was filed using the Court's CM/ECF system and thereby served on counsel to the Plaintiff listed below:

George Reede
Jessica Pak
**Niles, Barton, & Wilmer, LLP**
111 South Calvert St., Suite 1400
Baltimore, MD 21202
Phone: (410) 783-6300
Fax:(410) 783-6363
gereede@nilesbarton.com
jepak@nilesbarton.com

Lee H. Ogburn
William J. Harrington
**KRAMON & GRAHAM , P.A.**
One South Street, Suite 2600
Baltimore, Maryland 21202
Phone: (410) 752-6030
Fax: (410) 361-8211
logburn@kg-law.com
wharrington@kg-law.com

April 18, 2019                                    **/s/ Cameron McBride**
                                                  Cameron McBride